```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 29805
    ALBERT KELLEY JR
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-1948


--------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/03/2008 and was not confirmed.

    The case was dismissed without confirmation 02/04/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
LITTON LOAN SERVICING    MORTGAGE NOTI  NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED        4623.41              .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE NOTI  NOT FILED              .00            .00
AMERICAS SERVICING COMPA MORTGAGE NOTI  NOT FILED              .00            .00
AMERICAS SERVICING COMPA CURRENT MORTG       .00               .00            .00
AMERICAS SERVICING COMPA UNSECURED      NOT FILED              .00            .00
AMERICAS SERVICING COMPA MORTGAGE ARRE       .00               .00            .00
EMC MORTGAGE             CURRENT MORTG       .00               .00            .00
EMC MORTGAGE             MORTGAGE ARRE    2494.00              .00            .00
LITTON LOAN SERVICING    CURRENT MORTG       .00               .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE   24246.28              .00            .00
LITTON LOAN SERVICING    CURRENT MORTG       .00               .00            .00
LITTON LOAN SERVICING    MORTGAGE ARRE    8436.00              .00            .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG       .00               .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE       .00               .00            .00
WILSHIRE CREDIT CORPORAT CURRENT MORTG       .00               .00            .00
WILSHIRE CREDIT CORPORAT MORTGAGE ARRE    2875.00              .00            .00
WILSHIRE CREDIT CORPORAT UNSECURED      NOT FILED              .00            .00
DAIMLER CHRYSLER SERVICE SECURED VEHIC       .00               .00            .00
TOYOTA MOTOR CREDIT      SECURED VEHIC   20903.00              .00            .00
IL STATE DISBURSEMENT UN DSO ARREARS    NOT FILED              .00            .00
WATERS OF NORTH AMERICA  UNSECURED      NOT FILED              .00            .00
NICOR GAS                UNSECURED      NOT FILED              .00            .00
PEOPLES GAS LIGHT & COKE UNSECURED      NOT FILED              .00            .00
EMC MORTGAGE             MORTGAGE NOTI  NOT FILED              .00            .00
CHASE HOME FINANCE       MORTGAGE NOTI  NOT FILED              .00            .00
JEFFERSON CAPITAL SYSTEM UNSECURED        1147.82              .00            .00
TOYOTA MOTOR CREDIT      UNSECURED         398.15              .00            .00
DAIMLER CHRYSLER SERVICE UNSECURED       29606.62              .00            .00
BENNIE W FERNANDEZ       DEBTOR ATTY         .00                              .00
TOM VAUGHN               TRUSTEE                                              .00
DEBTOR REFUND            REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 29805 ALBERT KELLEY JR
```

```
                           RECEIPTS         DISBURSEMENTS
-------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                          ---------------   ---------------
TOTALS                         .00                .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
            CASE NO. 08 B 29805 ALBERT KELLEY JR